UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORDERRIUS MITCHELL (#710626)　　　　　　CIVIL ACTION

VERSUS

DARREL VANNOY　　　　　　NO. 21-00319-BAJ-SDJ

### RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)**. The Petition is opposed. (Doc. 10).

The Magistrate Judge has issued a **Report and Recommendation (Doc. 13, the "R&R")**, recommending that Petitioner's Petition be dismissed as it fails to set forth any viable claim. The Magistrate Judge further recommended that the Court deny Petitioner a certificate of appealability (COA). Petitioner's deadline to object to the R&R has passed, without any objection from Petitioner.

Upon *de novo* review, and having carefully considered Petitioner's Petition, the State's opposition, the state court record, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition or the correctness of the Court's substantive rulings.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 12th day of February, 2025

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**